```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL F. DAY,                    :
            Petitioner             :
      v.                           : Case No. 3:07-cv-122-KRG-KAP
WARDEN GEORGE PATRICK, S.C.I.      :
HOUTZDALE,                         :
            Respondent             :
```

### MEMORANDUM ORDER

Petitioner's motion for reconsideration, docket no. 21, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 19, 2009, docket no. 25, recommending that the petitioner's motion be denied. The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 26, which I have considered but reject.

After _de novo_ review of the record of this matter together with the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 11th day of August, 2009, it is

ORDERED that the petitioner's motion for reconsideration is denied. The Report and Recommendation is adopted as the opinion of the Court. A certificate of appealability is still denied.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Michael F. Day CX-7073
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000